# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mercedes Orquidea Soto Capellan | ) Case No. |
| | ) 26-mj-5092-JGD |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2021 to June 2025__ in the county of __Middlesex__ in the
_____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits |

This criminal complaint is based on these facts:

See attached Affidavit of Homeland Security Investigations (HSI) Special Agent Timothy Taber.

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy Taber, Special Agent, HSI
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: **Mar 6, 2026**

*Judge's signature*

City and state: Boston, Massachusetts          Hon. Judith G. Dein U.S. Magistrate Judge
*Printed name and title*