**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** HSI

**City** Lawrence

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 26-mj-5092-JGD
- Search Warrant Case Number: 26-mj-5093-JGD; 26-mj 5094-JGD
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    [ ] Yes [✓] No

Defendant Name: Mercedes Orquidea Soto Capellan    Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: _____

Address: 141 Easton Street, Apartment A, Lawrence, Massachusetts 01843

Birth date (Yr only): 1973    SSN (last 4#): unk    Sex: F    Race: _____    Nationality: unk

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

AUSA: Mark Grady    Bar Number if applicable: _____

**Interpreter:** [✓] Yes [ ] No    List language and/or dialect: Spanish

**Victims:** [✓] Yes [ ] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [✓] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** 141 Easton Street, Apartment A, Lawrence, Massachusetts 01843

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** [✓] Complaint [ ] Information [ ] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [✓] Felony One

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/6/2026    Signature of AUSA: /s/ Mark Grady

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Mercedes Orquidea Soto Capellan

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 7 U.S.C. § 2024(b) | Illegal Acquisition or Use of Supplemental Nutrition Assistance Program ("SNAP") Benefits | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**